**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-1051**

─────────────

RELIANCE INSURANCE COMPANY, INCORPORATED, a
Pennsylvania corporation,

                    Plaintiff,

      versus

WILLIAM RAY MILLER, II,

          Defendant & Third Party Plaintiff - Appellant,

      and

J. L. HICKMAN & COMPANY, INCORPORATED, a/k/a
IFA Insurance Services, Incorporated, a Texas
corporation; JOHN L. HICKMAN,

                  Defendants,

      and

DONNA MANNINO,

           Defendant & Third Party Plaintiff,

      versus

UTICA MUTUAL INSURANCE COMPANY,

           Third Party Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-97-3194-MJG)

Submitted: March 8, 2001          Decided: March 15, 2001

Before MOTZ, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Ray Miller, II, Appellant Pro Se. Lon Arthur Berk, SHAW PITTMAN, Washington, D.C.; Paula Lynn Primost, SHAW PITTMAN, McLean, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Ray Miller, II, appeals the district court's orders granting Utica's motion for summary judgment on his third party complaint and denying his motion to alter or amend the judgment. We have reviewed the record and the district court's opinions and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Miller v. Utica Mutual Ins. Co., No. CA-97-3194-MJG (D. Md. Sept. 22 & Nov. 24, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED